99 A.3d 826

IN THE MATTER OF KEVIN WILLIAM GOLDSTEIN, AN
ATTORNEY AT LAW (ATTORNEY NO. 000991991).

October 9, 2014.

## ORDER

This matter having been opened to the Court by the Director of
the Office of Attorney Ethics and with the consent of **KEVIN
WILLIAM GOLDSTEIN,** who was admitted to the bar of this
State in 1992, consenting to the transfer of **KEVIN WILLIAM
GOLDSTEIN** to disability inactive status pursuant to *Rule* 1:20–
12, and good cause appearing;

It is ORDERED that **KEVIN WILLIAM GOLDSTEIN** is
hereby transferred to disability inactive status pursuant to *Rule*
1:20–12, effective immediately; and it is further

ORDERED that **KEVIN WILLIAM GOLDSTEIN** is hereby
restrained from practicing law during the period that he remains
on disability inactive status; and it is further

ORDERED that **KEVIN WILLIAM GOLDSTEIN** comply will
*Rule* 1:20–20 governing incapacitated attorneys.